| | | |
|---|---|---|
| Brian Audette | The Honorable: | JACK B. SCHMETTERER |
| Perkins Coie LLP | Chapter   7 | |
| 131 South Dearborn St | Location: | 219 S. Dearborn, Courtroom 682, Chicago, IL |
| Ste. 1700 | Hearing Date: | 06/30/2015 |
| Chicago, IL  60603-5559 | Hearing Time: | 10:30am |
| (312) 324-8534 | Response Date: | / / |
| Chapter 7 Trustee | | |

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re: DASSE, CHRISTOPHER M  §  Case No. 12-44757
§
§
Debtor(s)  §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that Brian Audette, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
  219 S. Dearborn Street, 7th Floor
  Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30am on 06/30/2015 in Courtroom 682, United States Courthouse, 219 S. Dearborn Street
Chicago, IL 60604.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed:  05/29/2015          By:  Brian A. Audette
                                                Trustee

Brian Audette
131 South Dearborn St
Ste. 1700
Chicago, IL  60603-5559
(312) 324-8534
BAudette@perkinscoie.com

**UST Form 101-7-NFR (10/1/2010)**

| | | |
|---|---|---|
| Brian Audette | The Honorable: | JACK B. SCHMETTERER |
| Perkins Coie LLP | Chapter 7 | |
| 131 South Dearborn St | Location: | 219 S. Dearborn, Courtroom 682, Chicago, IL |
| Ste. 1700 | Hearing Date: | 06/30/2015 |
| Chicago, IL 60603-5559 | Hearing Time: | 10:30am |
| (312) 324-8534 | Response Date: | / / |
| Chapter 7 Trustee | | |

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re: DASSE, CHRISTOPHER M   §   Case No. 12-44757
§
§
Debtor(s)   §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 8,000.00 |
| *and approved disbursements of* | $ 0.00 |
| *leaving a balance on hand of* [1] | $ 8,000.00 |
| **Balance on hand:** | $ 8,000.00 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 6 -2 | First Merit Bank | 260,831.29 | 260,831.29 | 0.00 | 6,450.00 |
| | | Total to be paid to secured creditors: | | $ | 6,450.00 |
| | | Remaining balance: | | $ | 1,550.00 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Brian Audette, Chapter 7 Trustee | 1,550.00 | 0.00 | 1,550.00 |
| Total to be paid for chapter 7 administration expenses: | | $ | 1,550.00 |
| Remaining balance: | | $ | 0.00 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:   $      0.00
Remaining balance:   $      0.00

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims:   $      0.00
Remaining balance:   $      0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 111,741.43 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | 2,122.49 | 0.00 | 0.00 |
| 2 | FIA CARD SERVICES, N.A. | 57,451.10 | 0.00 | 0.00 |
| 3 | Viraj Thakkar | 37,377.91 | 0.00 | 0.00 |
| 4 | American Express Centurion Bank | 6,134.55 | 0.00 | 0.00 |
| 5 | American Express Bank, FSB | 8,655.38 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims:   $      0.00
Remaining balance:   $      0.00

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims:   $    0.00
Remaining balance:   $    0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims:  $    0.00
Remaining balance:   $    0.00

Prepared By:  /s/Brian Audette
                              Trustee

Brian Audette
131 South Dearborn St
Ste. 1700
Chicago, IL  60603-5559
(312) 324-8534
BAudette@perkinscoie.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 12-44757-JBS
Christopher M Dasse                                                     Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1          User: adragonet          Page 1 of 2          Date Rcvd: Jun 01, 2015
                              Form ID: pdf006          Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 03, 2015.
```
db          +Christopher M Dasse,   1608 S Throop Street,   Chicago, IL 60608-2136
20930668    +105 W. Madison St., Suite 1500,   Chicago, IL 60602-4602
19681032    +American Express,   American Express Special Research,   Po Box 981540,
             El Paso, TX 79998-1540
20887997     American Express Bank, FSB,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
20852583     American Express Centurion Bank,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
19681034    +Attorney Chris Zink,   6230 N Kenmore,   #1501,   Chicago, IL 60660-2196
19681035   ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
            (address filed with court:  Bank Of America,   Po Box 982235,   El Paso, TX 79998)
19681036    +Chase,   P.o. Box 15298,   Wilmington, DE 19850-5298
19681037    +Citibankna,   1000 Technology Dr,   O Fallon, MO 63368-2239
19681039    +Donna Rizzuto/Howard & Howard,   200 S Michigan Ave #1100,   Chicago, IL 60604-2461
20689052    +FIA CARD SERVICES, N.A.,   P O Box 982284,   El Paso, TX 79998-2284
19681040    +First Merit Bank,   The Law Office of William J. Factor, Ltd,   105 W Madison St., Suite 1500,
             Chicago, IL 60602-4602
19681042    +Law Offices of William J Factor Ltd,   1363 Shermer Rd #224,   Northbrook, IL 60062-4575
19681043    +Michael Maresso,   c/o Kozacky & Weitzel PC,   55 W Monroe St #2400,   Chicago, IL 60603-5101
19774186    +PennyMac Loan Services, LLC,   c/o Aldridge Connors LLP,   Fifteen Piedmont Center,
             3575 Piedmont Road, N.E., Suite 500,   Atlanta, GA 30305-1636
19681045    +Studio D Architecture LLC,   910 W Van Buren #108,   Chicago, IL 60607-3523
19681046    +Viraj Thakkar,   1236 Clyde Drive,   Naperville, IL 60540-8006
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
19681033    +E-mail/Text: ebnbankruptcy@ahm.honda.com Jun 02 2015 02:06:20    American Honda Finance,
             PO Box 660670,   Dallas, TX 75266
20591260     E-mail/PDF: mrdiscen@discover.com Jun 02 2015 02:18:07    Discover Bank,
             DB Servicing Corporation,   PO Box 3025,   New Albany, OH  43054-3025
19681038    +E-mail/PDF: mrdiscen@discover.com Jun 02 2015 02:18:07    Discover Fin Svcs Llc,
             Po Box 15316,   Wilmington, DE 19850-5316
19681041    +E-mail/Text: rita.robles@key.com Jun 02 2015 02:05:20    Key Equipment Finance,
             1000 S McCaslin Blvd,   Superior, CO 80027-9437
                                                                                              TOTAL: 4
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
19681044    ##+Pennymac Loan Services,   27001 Agoure Rd,   Calabassas, CA 91301-5339
                                                                               TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 03, 2015                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 29, 2015 at the address(es) listed below:
```
          Ariane   Holtschlag    on behalf of Creditor    FirstMerit Bank N.A. aholtschlag@wfactorlaw.com,
           bharlow@wfactorlaw.com;gsullivan@ecf.inforuptcy.com;nbouchard@wfactorlaw.com
          Brian   Audette    on behalf of Trustee Brian  Audette baudette@perkinscoie.com,   IL32@ecfcbis.com
          Brian   Audette    baudette@perkinscoie.com,   IL32@ecfcbis.com
          Daniel J Winter    on behalf of Debtor Christopher M Dasse djw@dwinterlaw.com,   djwlaw@gmail.com,
           r.m.engelmann@gmail.com,lgdanwinter@gmail.com,kasiadanwinter@gmail.com
          David J Frankel    on behalf of Creditor    American Honda Finance Corporation
           dfrankel@sormanfrankel.com,   ckauffman@sormanfrankel.com
```

```
District/off: 0752-1           User: adragonet              Page 2 of 2                   Date Rcvd: Jun 01, 2015
                               Form ID: pdf006              Total Noticed: 21
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        Jeffrey K. Paulsen    on behalf of Creditor    FirstMerit Bank N.A. jpaulsen@wfactorlaw.com, bharlow@wfactorlaw.com;gsullivan@ecf.inforuptcy.com;jpaulsen@ecf.inforuptcy.com;nbouchard@wfactorlaw.com
        Jessica  Fricke Garro    on behalf of Creditor Michael  Maresso jfricke@kozacky.com, kmcguire@kozacky.com
        John  Rapp    on behalf of Creditor Michael  Maresso jrapp@kozacky.com, kmcguire@kozacky.com
        Jose G Moreno    on behalf of Creditor    PennyMac Corp. nd-one@il.cslegal.com
        Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
        Sara E Lorber    on behalf of Creditor    FirstMerit Bank N.A. slorber@wfactorlaw.com, slorber@ecf.inforuptcy.com;nbouchard@wfactorlaw.com;bharlow@wfactorlaw.com
                                                  TOTAL: 11