# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re: DASSE, CHRISTOPHER M § Case No. 12-44757
§
§
Debtor(s) §

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Brian Audette, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $307,803.00 *(without deducting any secured claims)* | Assets Exempt: $21,400.00 |
| Total Distribution to Claimants: $6,450.00 | Claims Discharged Without Payment: $111,741.43 |
| Total Expenses of Administration: $1,550.00 | |

3) Total gross receipts of $ 8,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $8,000.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $260,831.29 | $260,831.29 | $6,450.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 1,550.00 | 1,550.00 | 1,550.00 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 111,741.43 | 111,741.43 | 0.00 |
| **TOTAL DISBURSEMENTS** | $0.00 | $374,122.72 | $374,122.72 | $8,000.00 |

4) This case was originally filed under Chapter 7 on November 12, 2012. The case was pending for 34 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/04/2015      By: /s/Brian Audette
                           Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Shares of Studio D Architechture LLC | 1129-000 | 8,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$8,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 6 -2 | First Merit Bank | 4120-000 | N/A | 260,831.29 | 260,831.29 | 6,450.00 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$260,831.29** | **$260,831.29** | **$6,450.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Brian Audette, Chapter 7 Trustee | 2100-000 | N/A | 1,550.00 | 1,550.00 | 1,550.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | **$1,550.00** | **$1,550.00** | **$1,550.00** |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | None | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | N/A | | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-000 | N/A | 2,122.49 | 2,122.49 | 0.00 |
| 2 | FIA CARD SERVICES, N.A. | 7100-000 | N/A | 57,451.10 | 57,451.10 | 0.00 |
| 3 | Viraj Thakkar | 7100-000 | N/A | 37,377.91 | 37,377.91 | 0.00 |
| 4 | American Express Centurion Bank | 7100-000 | N/A | 6,134.55 | 6,134.55 | 0.00 |
| 5 | American Express Bank, FSB | 7100-000 | N/A | 8,655.38 | 8,655.38 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $111,741.43 | $111,741.43 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-44757   **Trustee:** (330232)   Brian Audette, Chapter 7 Trustee
**Case Name:** DASSE, CHRISTOPHER M   **Filed (f) or Converted (c):** 11/12/12 (f)
**§341(a) Meeting Date:** 01/08/13
**Period Ending:** 09/04/15   **Claims Bar Date:** 09/06/13

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Residence-1608<br>Imported from original petition Doc# 1 | 300,000.00 | 0.00 | | 0.00 | FA |
| 2 | BMO Harris Bank Checking & Savings<br>Imported from original petition Doc# 1 | 100.00 | 0.00 | | 0.00 | FA |
| 3 | BMO Harris Health Savings Acct<br>Imported from original petition Doc# 1 | 1,100.00 | 201.00 | | 0.00 | FA |
| 4 | Strong Capital account<br>Imported from original petition Doc# 1 | 1.00 | 1.00 | | 0.00 | FA |
| 5 | WaMu Checking<br>Imported from original petition Doc# 1 | 1.00 | 1.00 | | 0.00 | FA |
| 6 | Wells Fargo Investment acct<br>Imported from original petition Doc# 1 | 1.00 | 1.00 | | 0.00 | FA |
| 7 | Household goods, furniture, old used stereo and<br>Imported from original petition Doc# 1 | 2,000.00 | 0.00 | | 0.00 | FA |
| 8 | Books, pictures, CDs, Collectible die cast model<br>Imported from original petition Doc# 1 | 600.00 | 0.00 | | 0.00 | FA |
| 9 | clothes<br>Imported from original petition Doc# 1 | 300.00 | 0.00 | | 0.00 | FA |
| 10 | wedding band<br>Imported from original petition Doc# 1 | 500.00 | 0.00 | | 0.00 | FA |
| 11 | Sports (old bikes), firearms (Ruger .380, Spring<br>Imported from original petition Doc# 1 | 2,500.00 | 2,000.00 | | 0.00 | FA |
| 12 | Term Life- Riversource Life Ins. Co.<br>Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 13 | SEP IRA-Ameriprise<br>Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 14 | Shares of Studio D Architechture LLC<br>Imported from original petition Doc# 1 | 1.00 | 0.00 | | 8,000.00 | FA |
| 15 | Interest in Cinterra Capital Partners- investmen<br>Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 16 | Illinois Architechure License<br>Imported from original petition Doc# 1 | 60.00 | 60.00 | | 0.00 | FA |

Exhibit 8

# Form 1

Page: 2

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-44757  
**Case Name:** DASSE, CHRISTOPHER M  

**Trustee:** (330232) Brian Audette, Chapter 7 Trustee  
**Filed (f) or Converted (c):** 11/12/12 (f)  
**§341(a) Meeting Date:** 01/08/13  

**Period Ending:** 09/04/15  

**Claims Bar Date:** 09/06/13

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 17   Tools- hand and small power tools and tool chest   Imported from original petition Doc# 1 | 600.00 | 0.00 | | 0.00 | FA |
| 18   4 cats   Imported from original petition Doc# 1 | 40.00 | 40.00 | | 0.00 | FA |
| 18   Assets   Totals (Excluding unknown values) | $307,804.00 | $2,304.00 | | $8,000.00 | $0.00 |

**Major Activities Affecting Case Closing:**

TDR submitted to UST on 8/12/15.

**Initial Projected Date Of Final Report (TFR):**   December 31, 2015    **Current Projected Date Of Final Report (TFR):**   December 31, 2015

Printed: 09/04/2015 02:48 PM    V.13.23

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 12-44757  
**Case Name:** DASSE, CHRISTOPHER M  

**Taxpayer ID #:** **-***4595  
**Period Ending:** 09/04/15  

**Trustee:** Brian Audette, Chapter 7 Trustee (330232)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******6566 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 03/08/15 | {14} | M1 Architecture & Consulting | Payment per 03.05.15 court order | 1129-000 | 8,000.00 | | 8,000.00 |
| 07/01/15 | 101 | Brian Audette, Chapter 7 Trustee | Dividend paid 100.00% on $1,550.00, Trustee Compensation; Reference: | 2100-000 | | 1,550.00 | 6,450.00 |
| 07/01/15 | 102 | First Merit Bank | Dividend paid 2.47% on $260,831.29; Claim# 6 -2; Filed: $260,831.29; Reference: | 4120-000 | | 6,450.00 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 8,000.00 | 8,000.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 8,000.00 | 8,000.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$8,000.00** | **$8,000.00** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******6566** | 8,000.00 | 8,000.00 | 0.00 |
| | $8,000.00 | $8,000.00 | $0.00 |

{} Asset reference(s)

Printed: 09/04/2015 02:48 PM  V.13.23